IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE WHITE and TAMMY WHITE<br>Plaintiff<br><br>vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.<br>Defendant | CIVIL ACTION<br><br>NO. 08-2488 |

FILED
AUG 15 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### STIPULATION OF DISMISSAL

AND NOW, this 14th day of August, 2008, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff

Fineman, Krekstein & Harris, P.C.

BY: _____
Richard J. Perr, Esquire
Attorney for Defendant